UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES ERIC LOFTEN,<br>  *Petitioner*, | § § § | |
| vs. | § § | CIVIL ACTION H-05-2264 |
| DOUG DRETKE,<br>Director of the Texas Department of<br>Criminal Justice - Correctional Institutions<br>Division,<br>  *Respondent*. | § § § § § § | |

## ORDER

  James Eric Loften's motion (Dkt. 27) is denied.


  Signed on August 22, 2005, at Houston, Texas.


                  Stephen Wm Smith
                  United States Magistrate Judge